**Fill in this information to identify the case:**

Debtor 1: Mario G. Enamorado

Debtor 2 (Spouse, if filing): ___

United States Bankruptcy Court for the: Northern District of TEXAS (State)

Case number: 15-44400

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 0 8

**Court claim no.** (if known): 3

**Property address:** 4228 Parkvillage Dr.
Number    Street

Fort Worth    TX    76137
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / ___
MM / DD / YYYY

| Debtor 1 | Mario G. Enamorado | Case number (*if known*) | 15-44400 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

---

**Part 4:** **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

---

**Part 5:** **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Raymond Valderrama**
Signature

Date  12 / 23 / 2020

Print: **Raymond** **Valderrama**
  First Name  Middle Name  Last Name

Title: **AVP Bankruptcy**

Company: **BSI Financial Services**

If different from the notice address listed on the proof of claim to which this response applies:

Address: **7505 Irvine Center Drive, Suite 200**
  Number  Street
**Irvine**  **CA**  **92618**
  City  State  ZIP Code

Contact phone ( **949** ) **201** – **4287**

Email _____

---

Form 4100R  **Response to Notice of Final Cure Payment**  page **2**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Response was served on the 23rd day of December, 2020. Said Response was filed electronically. Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Mario G. Enamorado
4228 Parkvillage Drive  (Mailing)
Fort Worth, TX 76137

DEBTOR'S ATTORNEY
Richard D. Kinkade
Law Office of Richard D. Kinkade
2121 W. Airport Freeway, Suite 400
Irving, TX 75062

TRUSTEE
Pam Bassel
7001 Blvd 26, Suite 150
North Richland Hills, TX 76180

U.S. TRUSTEE
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

CREDITOR ATTORNEY

| | | |
|---|---|---|
| Jeffry B. Lewis<br>Robertson Anschutz Vetters<br>1500 CityWest Blvd, Suite 700<br>Houston, TX 77042<br>(713) 980-9500<br>(713) 888-2703 (fax)<br>jlewis@ravdocs.com<br>  *Assigned: 11/04/2016* | representing | Nationstar Mortgage, LLC.<br>PO Box 619096<br>Dallas, TX 75261-9741<br>877-782-7612<br>*(Creditor)* |
| Melissa Linell Palo<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>(214) 880-0089<br>(469) 221-5003 (fax)<br>melissa.palo@lgbs.com<br>  *Assigned: 11/17/2015* | representing | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207<br>214-880-0089<br>469-221-5003 (fax)<br>dallas.bankruptcy@lgbs.com<br>*(Creditor)* |
| Kristin Ann Zilberstein<br>The Law Offices of Michelle Ghidotti<br>1920 Old Tustin ave.<br>Santa Ana, CA 92705<br>949-427-2010<br>949-427-2732 (fax)<br>kzilberstein@ghidottilaw.com<br>  *Assigned: 04/02/2019* | representing | US Bank Trust National Association as Trustee of the Bungalow Series III Trust<br>The Law Office of Michelle Ghidotti<br>1920 Old Tustin ave.<br>Santa Ana, CA 92705<br>9494272010<br>949-427-2732 (fax)<br>ecfnotifications@ghidottilaw.com<br>*(Creditor)* |

    /s/ Richard E. Anderson
    RICHARD E. ANDERSON